UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MOORE, JR., | No. 2:12-cv-01240 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| CDCR DIRECTOR, et al., | |
| Defendants. | |

By order filed August 2, 2012, plaintiff's complaint was dismissed and he was granted leave to file an amended complaint within twenty-eight days. ECF No. 6. Twenty-eight days from that date have long since passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order. No documents have been filed in this case, nor any correspondence received from plaintiff, since the motion to proceed in forma pauperis which was filed on June 27, 2012 (prior to the appointment of the undersigned.) The court also notes that the California Department of Corrections and Rehabilitation website indicates that plaintiff's address of record is no longer accurate. The Clerk of the Court will be directed to mail a copy of this order to the plaintiff's address as listed on the California Department of Corrections and Rehabilitation website.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court randomly assign a United States District Judge to this action.

1        2. In addition to mailing a copy of this order to plaintiff at his address of record, the Clerk
2   of the Court shall mail a copy to plaintiff at the following address: California Men's Colony, P.O.
3   Box 8103, San Luis Obispo, CA 93409-8103.
4        IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for
5   failure to prosecute.  See Local Rule 110; Fed. R. Civ. P. 41(b).
6        These findings and recommendations are submitted to the United States District Judge
7   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
8   after being served with these findings and recommendations, plaintiff may file written objections
9   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
10  and Recommendations."  Plaintiff is advised that failure to file objections within the specified
11  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
12  (9th Cir. 1991).
13  DATED: April 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE